# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MICHAEL HUMPHREY, et al.

On Behalf of Himself and all others Similarly Situated,

*Plaintiff*s,

vs.

Case No. 09-2224-EFM

BANK MORTGAGE SOLUTIONS, L.L.C., et al.,

*Defendants.*

## MEMORANDUM AND ORDER

Presently before the Court is Plaintiffs' and Defendants' joint motion for leave to file supplement memorandum in support of the two class settlement agreements and request for change of hearing date (Doc. 55). The Court grants the parties' motion in its entirety. The January 25 hearing will be cancelled. A new hearing will be scheduled only if the Court, after reviewing the supplemental material, is not satisfied that the settlement agreement is fair and reasonable and finds that a further hearing is necessary.

Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiffs' and Defendants' joint motion for leave to file supplement memorandum in support of the two class settlement agreements and request for change of hearing dater (Doc. 55) is hereby GRANTED.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2010, in Wichita, Kansas.

                                                  /s Eric F. Melgren
                                                  ERIC F. MELGREN
                                                  UNITED STATES DISTRICT JUDGE